**Robert BUSTAMONTE, Plaintiff-Appellant,**

v.

**Merle R. SCHNECKLOTH, Superintendent, California Conservation Center, Defendant-Appellee.**

No. 25678.

United States Court of Appeals, Ninth Circuit.

July 12, 1973.

S. Thomas Pollack (argued), Stuart P. Tobisman, Los Angeles, Cal., for plaintiff-appellant.

Clifford K. Thompson, Jr., Deputy Atty. Gen. (argued), Thomas C. Lynch, Atty. Gen., Derald E. Granberg, Deputy Atty. Gen., San Francisco, Cal., for defendant-appellee.

ELY, Circuit Judges.

ORDER

Before HAMLIN, MERRILL and

By order of the Supreme Court, Merle R. Schneckloth, Superintendent, Califor-

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of

New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

**1048**

nia Conservation Center v. Robert Clyde Bustamonte, No. 71–732, entered May 29, 1973, 412 U.S. 218, 93 S.Ct. 2041, 36 L.Ed.2d 854, our judgment heretofore entered in this case 448 F.2d 699, was reversed and the case remanded for further proceedings.

Judgment of the District Court is affirmed.